# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150616(96)

CRAIG HECHT,
      Plaintiff-Appellee,

v

NATIONAL HERITAGE ACADEMIES, INC.,
      Defendant-Appellant.

_____/

SC: 150616
COA: 306870
Genesee CC: 10-093161-CL

      On order of the Chief Justice, the motion of plaintiff-appellee to file a response to defendant-appellant's letter after oral arguments is GRANTED. The response submitted on March 31, 2016, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2016

